**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **NIRAJAN SITOULA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 1:19-cv-01569-CMH-TCB |
| | ) |
| **RED ROBIN INTERNATIONAL** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF HEARING DATE

PLEASE TAKE NOTICE that on Friday, February 14, 2020, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the Defendant Red Robin International ("Red Robin") will present to the Court its Motion to Dismiss Plaintiff's Complaint.

Dated: January 28, 2020

Respectfully submitted,

*/s/ Ajente Kamalanathan*
Ajente Kamalanathan, VA Bar 92326
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C.  20006
Tel: (202) 887-0855
Fax: (202) 887-0866
ajente.kamalanthan@ogletreedeakins.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify on January 28, 2020 the foregoing was filed with the Court via CM/ECF and a true and accurate copy was served via first class mail, postage prepaid to the following:

Nirajan Sitoula
8715 Lords View Leap
Gainesville, VA 20155

*Pro Se Plaintiff*

<u>/s/ Ajente Kamalanathan</u>
Ajente Kamalanathan, VA Bar 92326

*Counsel for Defendant*